**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HUGO A. FLORES LOPEZ, ET. AL.** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   Case No. 1:14-cv-00954-KBJ |
| | * |
| **J. ROBERTS, INC., ET. AL.** | * |
| | * |
| **Defendants.** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STIPULATION OF DISMISSAL OF ALL COUNTS AND CLAIMS

Pursuant to Federal Rule Civil Procedure 41(a), the Plaintiffs hereby dismiss all claims alleged in this matter against Defendants, <u>with prejudice</u>.  Such action is proper under the Federal Rules as this Stipulation is signed, by electronic means, by Plaintiffs' attorney of record.

WHEREFORE, the Plaintiffs hereby notify the Court that this matter is dismissed, with prejudice.

Respectfully submitted,

_____*-S-*_____
Michael K. Amster
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
836 Bonifant St.
Silver Spring, MD 20815
Telephone: 301-587-9373
Fax: 301-587-9373
mamster@zagfirm.com